# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 17, 2013

## NO. 03-13-00155-CV

**Carolyn Barnes, Appellant**

**v.**

**Velocity Credit Union, Appellee**

## APPEAL FROM 277TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
## DISMISSED -- OPINION BY JUSTICE PEMBERTON

**THIS CAUSE** having this day come on to be considered, and the Court being of the opinion that this cause should be consolidated with appellate cause number 03-13-00154-CV: **IT IS ACCORDINGLY** considered, adjudged and ordered that the appeals are consolidated, that the record and all filings in this cause number shall be transferred to appellate cause number 03-13-00154-CV, and that the appeal in the above cause is dismissed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.